# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT<br><br>　　　　Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>　　　　Defendant. | **Civil Action No. 6:20-cv-00726-ADA** |

## DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hewlett Packard Enterprise Company states that it is a publicly held corporation and has no parent corporation. No publicly held corporation owns more than 10% of Hewlett Packard Enterprise Company's stock.

Dated: October 28, 2020  Respectfully submitted,

By: */s/ Barry K. Shelton*

Barry K. Shelton
Texas Bar No. 24055029
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com

**COUNSEL FOR DEFENDANT
HEWLETT PACKARD
ENTERPRISE COMPANY**

## CERTIFICATE OF SERVICE

The foregoing document was filed under the Court's CM/ECF system, automatically effecting service on counsel of record for all other parties who have appeared in this action on the date of such service.

*/s/ Barry K. Shelton*
Barry K. Shelton