AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:20-cv-00726-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hewlett Packard Enterprise Company.

Date:  11/20/2020

/s/ Michael R. Franzinger
*Attorney's signature*

Michael R. Franzinger, DC Bar No. 500080
*Printed name and bar number*

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Address*

mfranzinger@sidley.com
*E-mail address*

(202) 736-8000
*Telephone number*

(202) 736-8711
*FAX number*