# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00726-ADA |
| § | |
| HEWLETT PACKARD ENTERPRISE § | |
| COMPANY | |

## ORDER SETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, May 09, 2022 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 23rd day of November, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE