

Home /

FlexNetwork

User Settings Language : English (US) | Currency : USD

1 Select a product 2 configure 3 Submit for quote

**47 results found for FlexNetwork**

Results Per Page: 5 10 15

## HPE FlexNetwork 5140 48G 4SFP+ EI Switch (JL829A)

USD **6,701.00**

Configure

- 48 RJ-45 autosensing 10/100/1000 ports
- 4 SFP+ ports
- min=0 \ max=4 SFP+ Transceivers
- Power supply included
- 1U - Height

## HPE FlexNetwork HSR6802 Router Chassis (JG361B)

USD **41,166.00**

Configure

- 2 SAP slots or 4 HIM slots or 8 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 5U - Height

## HPE FlexNetwork HSR6804 Router Chassis (JG362B)

USD **46,029.00**

Configure

- 4 SAP slots or 8 HIM slots or 16 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 7U - Height

## HPE FlexNetwork HSR6808 Router Chassis (JG363B)

USD **55,707.00**

Configure

- 8 SAP slots or 16 HIM slots or 32 MIM slots, or a combination
- 2 MPU (for management modules) slots
- 1 switch fabric slot
- 20U - Height

## HPE FlexNetwork MSR4080 Router Chassis (JG402A)

USD **23,680.00**

Configure

- HPE FlexNetwork MSR4000 MPU-100 Main Processing Unit
- HPE FlexNetwork MSR4000 SPU-100 Service Processing Unit
- HPE FlexNetwork X351 300W 48-60VDC to 12VDC Power Supply
- 8-HMIM modules slot (4 Half Height + 4 Full Height Slots)
- 5U - Height

## HPE FlexNetwork MSR4060 Router Chassis (JG403A)

USD **20,799.00**

Configure

- HPE FlexNetwork MSR4000 MPU-100 Main Processing Unit
- HPE FlexNetwork MSR4000 SPU-100 Service Processing Unit
- HPE FlexNetwork X351 300W 48-60VDC to 12VDC Power Supply
- 6-HMIM modules slot (4 Half Height + 2 Full Height Slots)
- 4U - Height

### HPE MSR3620-DP Router (JM044A)

USD **5,686.00**  Configure

- 2 Fixed 10M/100M/1000M RJ45 ports
- 4 COMBO 1000M RJ45/SFP port min=0 \ max=1 SFP Transceiver
- 4 - SIC module slots / 0 - DSIC module slots
- 2 - HMIM module slots (2 - Half Height Slots) / 0 - DHMIM module slot (Double Width Full Height Slot)
- 2 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port and 1 USB console port
- 2GB DDR3 SDRAM Included
- 1 - Micro SD Slot (up to 32GB)
- 1U - Height

### HP MSR3012 AC Router (JG409B)

USD **3,536.00**  Configure

- 2Fixed 10M/100M/1000M RJ45 ports
- 1 COMBO 1000M RJ45/SFP port min=0 \ max=1 SFP Transceiver
- 2 - SIC module slots / 0 - DSIC module slots
- 1 - HMIM module slot (1 - Full Height Slot) / 0 - DHMIM module slot (Double Width Full Height Slot)
- 1 - VPM slot
- 2 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port and 1 USB console port
- 1GB DDR3 SDRAM Included (default=1GB \ max=1GB DDR SDRAM)
- AC Power Supply included
- 1U - Height

### HPE FlexNetwork MSR3064 Router (JG404A)

USD **8,963.00**  Configure

- 1 Fixed 10M/100M/1000M RJ45 ports
- 2 COMBO 1000M RJ45/SFP ports min=0 \ max=2 SFP Transceivers
- 4 - SIC module slots / 2 - DSIC module slots
- 6 - HMIM module slots (4 Half Height + 2 Full Height Slots) / 1 - DHMIM module slot (Double Width Full Height Slot)
- 2 - VPM slots
- 2 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port and 1 USB console port
- 2GB DDR3 SDRAM Included (4GB Max, by replaci...more

### HPE FlexNetwork MSR3044 Router (JG405A)

USD **6,604.00**  Configure

- 1 Fixed 10M/100M/1000M RJ45 ports
- 2 COMBO 1000M RJ45/SFP ports min=0 \ max=2 SFP Transceivers
- 4 - SIC module slots / 2 - DSIC module slots
- 4 - HMIM module slots (4 - Half Height Slots) / 0 - DHMIM module slot (Double Width Full Height Slot)
- 2 - VPM slots
- 2 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port and 1 USB console port
- 2GB DDR3 SDRAM Included (4GB Max, by replacing existing single 2GB SDRAM)
- 1 - CF Card Slot
- 2U - Height

### HPE FlexNetwork MSR3024 AC Router(JG406A)

USD **4,439.00**  Configure

- 2 Fixed 10M/100M/1000M RJ45 ports

- 1 COMBO 1000M RJ45/SFP port min=0 \ max=1 SFP Transceiver
- 4 - SIC module slots / 2 - DSIC module slots
- 2 - HMIM module slots (2 - Half Height Slots) / 0 - DHMIM module slot (Double Width Full Height Slot)
- 1 - VPM slots
- 2 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port and 1 USB console port
- 2GB DDR3 SDRAM Included (4GB Max, by replacing existing sing...more

### HPE FlexNetwork MSR1003 8 AC Router (JG732A)

USD **1,722.00**  

- Comeware v5 based
- 2 RJ-45 autosensing 10/100/1000 WAN port
- 8 RJ-45 autosensing 10/100/1000 LAN ports
- 3 - SIC module slots / 1 DSIC
- 1 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port
- 0 - VPM slot
- 512MB DDR3 SDRAM included (default=512MB \ max=512MB SDRAM)
- AC Power Supply included
- 1U - Height

### HPE FlexNetwork MSR1002 4 AC Router (JG875A)

USD **1,540.00**  

- Comeware v5 based
- 1 RJ-45 autosensing 10/100/1000 WAN port
- 4 RJ-45 autosensing 10/100/1000 LAN ports
- 1 SFP port (min=0 \ max=1 SFP Transceiver)
- 2 - SIC module slots / 1 DSIC
- 1 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port
- 0 - VPM slot
- 512MB DDR3 SDRAM included (default=512MB \ max=512MB SDRAM)
- AC Power Supply included
- 1U - Height

### HPE FlexNetwork MSR1003 8S AC Router (JH060A)

USD **1,722.00**  

- Comeware v7 based
- 2 RJ-45 autosensing 10/100/1000 WAN port
- 8 RJ-45 autosensing 10/100/1000 LAN ports
- 3 - SIC module slots / 1 DSIC
- 1 USB 2.0 Port for 3G modem and USB disk
- 1 CON/AUX port
- 0 - VPM slot
- 1GB DDR3 SDRAM included (default=1GB \ max=1GB SDRAM)
- AC Power Supply included
- 1U - Height

### HPE FlexNetwork MSR958 1GbE and Combo 2GbE WAN 8GbE LAN Router (JH300A)

USD **785.00**  

- 1 SFP fixed Gigabit Ethernet SFP port (min=0 \ max=1 SFP Transceivers)
- 1 RJ-45 autosensing 10/100/1000 WAN port
- 8 RJ-45 autosensing 10/100/1000 LAN ports

‹ 1 2 **3** 4



## Other Options

→ Upload and open config file   **BROWSE FOR HPC FILE**

→ Email support

→ Search for an existing configuration   Edit Configuration Id

→ Product Information Library

United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | Supply Chain Transparency |
| Events | | | | Executive Briefing Centers | |
| Hewlett Packard Labs | | | | | |
| Investor Relations | | | | Look up old HP.com URL | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2021 Hewlett Packard Enterprise Development LP