# Exhibit D





Hewlett Packard Enterprise
Austin, TX
6 days ago

**DevOps Solution Architect**
Hewlett Packard Enterprise
Austin, TX
3 months ago

**PROS IT Technical Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

**SFDC IT Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

**Senior SAP ABAP FICO Developer**
Hewlett Packard Enterprise
Austin, TX
6 days ago

**Order Capture IT Technical Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

You've viewed all jobs for this search

More searches

Linked in | © 2020 | About | Accessibility | User Agreement | Privacy Policy | Cookie Policy | Copyright Policy | Brand Policy | Guest Controls | Community Guidelines | Language