# EXHIBIT 1



| Form PTO-1595 (Rev. 03/01) OMB No. 0651-0027 (exp. 5/31/2002) | REC 102614158 **PATENTS ONLY** | .S. DEPARTMENT OF COMMERCE U.S. Patent and Trademark Office |
|---|---|---|

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof

1. Name of conveying party(ies):
Yin L. Liong (11/17/2003), Roberto Barnes (11/17/2003), and Man Li (11/18/2003)   *11·21·03*

Additional name(s) of conveying party(ies) attached?  ☐ Yes  ☒ No

3. Nature of Conveyance:
☒ Assignment    ☐ Merger
☐ Security Agreement    ☐ Change of Name
☐ Other

Execution Date:  see Box 1, conveying parties

2. Name and address of receiving party(ies)
Name: Nokia Corporation
Internal Address: _____
Street Address: Keilalahdentie 4
City: Espoo
Country: Finland    Zip: 02150
Additional name(s) & address(es) attached:  ☐ Yes  ☒ No

4. Application number(s) or patent number(s):  *10/719371*

If this document is being filed together with a new application, the execution date of the new application is: November 21, 2003

A. Patent Application No.(s):
This application

B. Patent No.(s):

Additional numbers attached?  ☐ Yes  ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:
Name: Gregory T. Kavounas
      DARBY & DARBY P.C.
Internal Address: Atty. Dkt.: 08212/1200285-US1
Street Address:
P.O. Box 5257

City: New York    State: NY    Zip: 10150-5257

6. Total number of applications and patents involved:  1

7. Total fee (37 CFR 3.41)    $ 40.00
☒ Enclosed
☐ Authorized to be charged to deposit account
☐ Authorized to be charged to credit card (Form 2038 enclosed)

8. Deposit account number:
04-0100
(Attach duplicate copy of this page if paying by deposit account)

**DO NOT USE THIS SPACE**

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Gregory T. Kavounas - 37,862        /Gregory T. Kavounas/        November 21, 2003
Name of Person Signing              Signature                    Date

Total number of pages including cover sheet, attachments, and documents:  7

.1/26/2003 EFLORES  00000088 10719371
04 FC:8021                40.00 OP

Express Mail Label No. EV398893674US    Dated: November 21, 2003

{S:\8212\1200285-US1\00091345.DOC }

**PATENT
REEL: 014741 FRAME: 0885**

08212/1200285-US1

## ASSIGNMENT
(Individual(s) to Company)

I, **Yin L. Liong**, a citizen of Hong Kong, China, residing at 64 Mill St. #10, Woburn, Massachusetts 01801;

I, **Roberto Barnes**, a citizen of Panama, residing at Sateenkaari 3 D68, 02100, Espoo, Finland; and

I, **Man Li**, a citizen of Canada, residing at 3 Overlook Drive, Bedford, Massachusetts 01730;

and each of us, if more than one person is identified above (hereinafter "ASSIGNOR") in consideration of the sum of One Dollar ($1.00), or the equivalent thereof, and other good and valuable consideration, the sufficiency of which and receipt of which are hereby acknowledged, paid to ASSIGNOR by

**Nokia Corporation**

a Corporation organized under the laws of Finland, located at Keilalahdentie 4, 02150 Espoo, Finland (hereinafter "ASSIGNEE"), do hereby sell and assign to said ASSIGNEE, its successors and assigns, my entire right, title, and interest,

    []    in and for the United States of America only, or

    [X]    throughout the world,

in and to my Invention entitled:

### USING POLICY-BASED MANAGEMENT TO SUPPORT DIFFSERV OVER MPLS NETWORK

invented by me and described in

    [x]    the specification filed concurrently herewith, and/or

    []    Patent Application Serial No. _____, filed on _____ and amended on _____, in The United States of America,

and all patents, divisions, reissues, continuations and any extensions thereof and rights of priority therein, said interest being

    [X]    my entire ownership interest

{S:\8212\1200285-us1\80001534.DOC ||||||||||||||||||||||||| }

[] an undivided ___ percent of my entire ownership interest

in the same, to be held and enjoyed by said ASSIGNEE, its successors, assigns, or other legal representatives, to the full end of the term thereof, as fully and entirely as the same would have been held and enjoyed by me if this assignment and sale had not been made;

And for the consideration aforesaid, I hereby covenant and agree to and with said ASSIGNEE, its successors and assigns, that whenever ASSIGNEE, its counsel or representative, or the counsel or representative of its successors or assigns, shall advise that an amendment to, or a division of, or any other proceeding or action in connection with an application concerning said Invention, including interference proceedings, is lawful and desirable, or that a reissue or continuation or extension of such application or patent issuing therefrom is lawful and desirable, we will sign all papers and drawings, take all rightful oaths and affidavits, and do all acts necessary or required to be done for the procurement of all lawful rights associated with the Invention, or for the reissue or continuation or extension of the same, will do all acts necessary or required to secure in said ASSIGNEE, its successors and assigns, the title to and full benefit of all rights hereby assigned, without charge to said ASSIGNEE or its successors or assigns, but at its or their expense; and I hereby appoint every present or future officer of said ASSIGNEE as my agent to sign all such papers and to do all such necessary acts on my behalf, to the fullest extent permitted by law;

And I hereby authorize and request the Commissioner of Patents and Trademarks and any other granting authority to issue any Letters Patent resulting from said Invention and application(s) concerning same to said ASSIGNEE.

This assignment shall have an effective date [X] corresponding to the last date of execution, or [] of _____.

I declare under penalty of perjury under the laws of the United States of America that I have signed this document as my own free act and that all of the foregoing is true and correct.

Signed at Boston, MA, this 17th day of Nov, 2003

_____
Yin L. Liong

Witnessed by: _Lisa M. Zhe_
Name: _Lisa M. Zhe, notary public_

{S:\8212\1200285-us1\80001534.DOC }

**PATENT**
**REEL: 014741 FRAME: 0887**

Signed at _____, this _____ day of _____, 2003.

_____
Roberto Barnes

Witnessed by:_____
            Name:_____


Signed at _Boston, MA_, this _18th_ day of _November_, 2003.

_____
Man Li

Witnessed by: _W. Papp_____
            Name: _William Papp_____


{S:\8212\1200285-us1\80001534.DOC ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ }

nL 34963

08212/1200285-US1

## ASSIGNMENT
(Individual(s) to Company)

I, **Yin L. Liong**, a citizen of Hong Kong, China, residing at 64 Mill St. #10, Woburn, Massachusetts 01801;

I, **Roberto Barnes**, a citizen of Panama, residing at Sateenkaari 3 D68, 02100, Espoo, Finland; and

I, **Man Li**, a citizen of Canada, residing at 3 Overlook Drive, Bedford, Massachusetts 01730;

and each of us, if more than one person is identified above (hereinafter "ASSIGNOR") in consideration of the sum of One Dollar ($1.00), or the equivalent thereof, and other good and valuable consideration, the sufficiency of which and receipt of which are hereby acknowledged, paid to ASSIGNOR by

**Nokia Corporation**

a Corporation organized under the laws of Finland, located at Keilalahdentie 4, 02150 Espoo, Finland (hereinafter "ASSIGNEE"), do hereby sell and assign to said ASSIGNEE, its successors and assigns, my entire right, title, and interest,

    [ ]    in and for the United States of America only, or

    [X]    throughout the world,

in and to my Invention entitled:

**USING POLICY-BASED MANAGEMENT TO SUPPORT DIFFSERV OVER MPLS NETWORK**

invented by me and described in

    [x]    the specification filed concurrently herewith, and/or

    [ ]    Patent Application Serial No. _____, filed on _____ and amended on _____, in The United States of America,

and all patents, divisions, reissues, continuations and any extensions thereof and rights of priority therein, said interest being

    [X]    my entire ownership interest

{S:\8212\1200285-us1\80001534.DOC }

[ ] an undivided ____ percent of my entire ownership interest

in the same, to be held and enjoyed by said ASSIGNEE, its successors, assigns, or other legal representatives, to the full end of the term thereof, as fully and entirely as the same would have been held and enjoyed by me if this assignment and sale had not been made;

And for the consideration aforesaid, I hereby covenant and agree to and with said ASSIGNEE, its successors and assigns, that whenever ASSIGNEE, its counsel or representative, or the counsel or representative of its successors or assigns, shall advise that an amendment to, or a division of, or any other proceeding or action in connection with an application concerning said Invention, including interference proceedings, is lawful and desirable, or that a reissue or continuation or extension of such application or patent issuing therefrom is lawful and desirable, we will sign all papers and drawings, take all rightful oaths and affidavits, and do all acts necessary or required to be done for the procurement of all lawful rights associated with the Invention, or for the reissue or continuation or extension of the same, will do all acts necessary or required to secure in said ASSIGNEE, its successors and assigns, the title to and full benefit of all rights hereby assigned, without charge to said ASSIGNEE or its successors or assigns, but at its or their expense; and I hereby appoint every present or future officer of said ASSIGNEE as my agent to sign all such papers and to do all such necessary acts on my behalf, to the fullest extent permitted by law;

And I hereby authorize and request the Commissioner of Patents and Trademarks and any other granting authority to issue any Letters Patent resulting from said Invention and application(s) concerning same to said ASSIGNEE.

This assignment shall have an effective date [X] corresponding to the last date of execution, or [ ] of _____.

I declare under penalty of perjury under the laws of the United States of America that I have signed this document as my own free act and that all of the foregoing is true and correct.

Signed at _____, this _____ day of _____, 2003

_____
Yin L. Liong

Witnessed by:_____
Name:_____

{S:\8212\1200285-us1\80001534.DOC ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ }

Signed at __13:30__, this __17__ day of __NOVEMBER__ 2003.

_Roberto Barnes H._
Roberto Barnes

Witnessed by: _____
Name: __Vladimir Moltchanov__

Signed at _____, this _____ day of _____, 2003.

_____
Man Li

Witnessed by:_____
Name:_____

{S:\8212\1200285-us1\80001534.DOC ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌}