**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action Nos.   6:20-cv-00725-ADA<br>6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00729-ADA<br>6:20-cv-00730-ADA |

**ORDER GRANTING BRAZOS'S UNOPPPOSED MOTION**
**TO WITHDRAW ALESSANDRA C. MESSING AS COUNSEL**

This matter comes before the Court on the Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development's Unopposed Motion to Withdraw Alessandra C. Messing as Counsel. The Court having now reviewed said motion finds that it is well taken and should be GRANTED.

It is, therefore, ORDERED that Alessandra C. Messing is hereby withdrawn as counsel of record for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development in the above referenced action. The Court further directs the clerk of the court to terminate CM/ECF notices to Alessandra C. Messing in the above referenced action.

ORDERED this ___ day of _____, 2021.

                                                                                    _____
                                                                                    ALAN D ALBRIGHT
                                                                                    UNITED STATES DISTRICT JUDGE