# EXHIBIT N

Title: About
Link: https://www.brazoslicensing.com/about
Captured: Tuesday, October 19, 2021 18:05:16



About   What We Do   Coworking   **Contact Us**



## We look at patents differently



**The Problem**
### Patents are under-utilized

Most companies and inventors spend time and money on R&D, legal, crafting, filing and other costs associated with building and safeguarding their technology.  The patent-related costs are often in vain, as the technology ends up not being core to the business. Even when the technology is core, patents sit idle on a balance sheet. Worse yet, they rack up maintenance costs on an annual basis.



**Our Solution**
### Patents as revenue generators

If you owned a hotel, would you let rooms sit vacant and unoccupied? Nope. Instead of dragging down balance sheet, it's time to turn your patents into cash-flowing assets. If competitors are infringing on your IP, they should be paying rent. The point of patenting technology is to ensure that anyone using your intellectual property is paying for the hard work and up-front costs you incurred when developing the technology.

Page 1

Title: About
Link: https://www.brazoslicensing.com/about
Captured: Tuesday, October 19, 2021 18:05:16



Brazos Licensing and Development, headquartered in Waco, Texas, leverages it's proprietary technology and management experience to help inventors and patent owners maximize the full potential of their patents. Team member combined experience spans many decades in relevant fields.

 **25** + yrs Legal

 **25** + yrs Finance

 **25** + yrs Tech



## We're Inventors

At Brazos, we understand the needs of inventors because we are inventors. Brazos L&D Chairman, Craig Etchegoyen, is the named inventor on over a dozen Patents.

## We're Owners

We are also patent owners. We have skin in the game. Brazos owns upwards of 10,000 patents, from all over the world. For context, our patent portfolio is larger than each Xerox, Johnson and Johnson, and Cisco portfolios– to name a few.



Title: About
Link: https://www.brazoslicensing.com/about
Captured: Tuesday, October 19, 2021 18:05:16

### Craig Etchegoyen
**Chairman & Founder**

Craig founded one of the world's most experienced and successful patent licensing firms, Uniloc. During his tenure at Uniloc, Craig filed, managed and resolved hundreds of patent litigation cases. In addition, Craig was responsible for hatching and executing monetization programs and negotiating licensing deals with the world's largest companies. He is the principal architect of the world's first self-learning patent management platform.

### Aaron Garvey
**Head of Finance**

Aaron was a founding member of MKP Capital, a global macro hedge fund manager. Aaron's experience includes portfolio management and trading across equity, fixed income and all derivatives. In addition, Aaron has also developed alternative trading technology. Aaron heads up Brazos financial structuring and works with Argos clients to ensure that engagements are economically beneficial for all parties.

### Stuart A. Shanus
**President**

From 1989 to 2016, Stuart was a trial lawyer and for some 20 years was a partner at Reed Smith LLC, an international law firm. He represented both plaintiffs and defendants in "high stakes" commercial, intellectual property and patent disputes and tried, arbitrated and mediated hundreds of cases. Stuart also served as the managing partner of the Los Angeles and Century City offices of Reed Smith and in that capacity was responsible for all aspects of managing lawyers and staff, budgeting, marketing and day-to-day operations.

### Matt Hogan
**Business Developement**

Matt spent 7 years in traditional finance, working in fixed income sales and trading. Matt specialized in structured products, specifically mortgage-backed securities. After Wall Street, Matt was founding CEO of a company that pioneered consumer data control. Matt bridges his technology and finance backgrounds to help Brazos productize their data-driven offering with flexible structuring solutions.



**Company**
What We Do

**Stay in Touch**
Contact Us

**Sign up for updates from our blog**
We update our blog a couple times per month

Title: About
Link: https://www.brazoslicensing.com/about
Captured: Tuesday, October 19, 2021 18:05:16

Brazos Licensing & Development
605 Austin Ave, Suite 6
Waco, TX 76701

Coworking

Meet the Team

Blog

Linkedin

Twitter

with Brazos-specific and broader industry news. Sign up to stay current with the latest!

Enter your email

Subscribe

Copyright © 2020 Brazos Licensing and Development