UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § § | |
| vs. | § § | NO:   WA:20-CV-00726-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | § § | |

### ORDER SETTING MOTION/DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION/DISCOVERY HEARING by Zoom on January 14, 2022 at 09:30 AM.

IT IS SO ORDERED this 11th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE